UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| STE. GENEVIEVE COUNTY LEVEE DIST.#2 | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:06CV00406 ERW |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant, and | ) | |
| | ) | |
| LUHR BROTHERS, INC., | ) | |
| | ) | |
| Defendant/Third-Party Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Third-Party Defendant/Fourth-Party Plaintiff | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| STE. GENEVIEVE JOINT LEVEE COMM'N, | ) | |
| | ) | |
| Fourth-Party Defendant. | ) | |

## ORDER OF DISMISSAL

In accordance with the Memorandum and Order entered on this date and incorporated herein,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Luhr Brothers, Inc.'s Third-Party Complaint against the United States of America is **DISMISSED, without prejudice, for lack of jurisdiction**.

Dated this 23rd day of August, 2006.

*/s/ E. Richard Webber*

E. RICHARD WEBBER
UNITED STATES DISTRICT JUDGE

PDF created with FinePrint pdfFactory trial version www.pdffactory.com