UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| STE. GENEVIEVE COUNTY LEVEE, DISTRICT #2, <br><br> Plaintiff, <br> vs. <br><br> LUHR BROS., INC. et al. <br><br> Defendant. <br><br> UNITED STATES OF AMERICA <br><br> Third-Party Defendant/ <br> Fourth-Party Plaintiff. <br> vs. <br><br> STE. GENEVIEVE JOINT LEVEE COMMISSION, <br><br> Fourth-Party Defendant. | Case No. 4:06CV00406 ERW |

## **JUDGMENT**

In accordance with the Memorandum and Order entered on this date and incorporated herein,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that this matter is **REMANDED** to the Circuit Court of Saint Genevieve County, Missouri, from which it was removed.

Dated this 20th day of April, 2007.

_____
E. RICHARD WEBBER
UNITED STATES DISTRICT JUDGE

PDF created with FinePrint pdfFactory trial version www.pdffactory.com